IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 97-30504
Conference Calendar

_____


DAVID L. DAVIES,

                                        Plaintiff-Appellant,

versus

RICHARD EDWARDS, JR., Sheriff, Jefferson
Davis Parish, ET AL.,

                                        Defendants-Appellees.

- - - - - - - - - -
Appeal from the United States District Court
for the Western District of Louisiana
USDC No. 96-CV-1603
- - - - - - - - - -
June 17, 1998
Before DAVIS, PARKER, and DENNIS, Circuit Judges.


PER CURIAM:[*]

     David L. Davies, Louisiana inmate #361176, appeals the

district court's dismissal, with prejudice, for frivolousness of

his claims concerning unlawful detention and deprivation of

property.  Davies argues the following issues which were

presented to the district court:   the claims had not prescribed

because accrual occurred within the year from the date on which

he filed his suit, and the doctrine of contra non valentem agere

_____

     [*] Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

<u>non</u> <u>currit</u> <u>praescripto</u> applies to his case and prevented prescription from running. For the first time on appeal Davies argues the following: prescription cannot run against a plaintiff who is incarcerated, and his claims involve continuing torts which prevented prescription from running.

We have carefully reviewed these arguments and the appellate record. We conclude that the district court did not abuse its discretion in determining that Davies' claims are frivolous because they have prescribed. <u>See</u> <u>McCormick v. Stalder</u>, 105 F.3d 1059, 1061 (5th Cir. 1997). The issues raised for the first time on appeal do not amount to plain error. <u>See</u> <u>Highlands Ins. v. National Union Fire Ins.</u>, 27 F.3d 1027, 1031-32 (5th Cir. 1994).

AFFIRMED.